IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| JOSEPH CRAIG ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:23-cv-00393 |
| v. ) | |
| ) | |
| KURTIS BRAY, LYNNWOOD ) | |
| BUCKALEW, and FICTITIOUS ) | |
| DEFENDANT A, B, C, D and E ) | |
| being those entities or individuals ) | |
| whose true names and legal identities ) | |
| are unknown to Plaintiff but who will ) | |
| be added by amendment, individually ) | |
| and jointly, when ascertained. ) | |
| ) | |
| Defendants ) | |

## DEFENDANT LYNNWOOD BUCKALEW'S NOTICE OF REMOVAL

Defendant Lynnwood Buckalew ("Buckalew"), timely removes this case, pursuant to 28 U.S.C. § 1446, from the Circuit Court of Baldwin County, Alabama to the United States District Court of the Southern District of Alabama, Mobile Division. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different States and the amount in controversy exceeds the sum of $75,000. Plaintiff does not share citizenship with any Defendant. Buckalew states the following in support of this Notice of Removal:

### I.   PROCEDURAL BACKGROUND

1.   On September 6, 2023, Plaintiff filed a complaint against the Defendants in the Circuit Court of Baldwin County, Alabama, Case No. 05-CV-2023-901122.00. Pursuant to 28 U.S.C. § 1446(a), attached as Ex. A is a true and correct copy of all records of proceedings from

the Circuit Court of Baldwin County, Alabama, including the State Court Complaint. Against Buckalew, Plaintiff alleges that Buckalew fraudulently suppressed material facts from Plaintiff, committed promissory fraud, and conspired with other defendants to defraud Plaintiff.

2. This Notice of Removal is being filed in the United States District Court for the Southern District of Alabama, Mobile Division, which is the District Court of the United States for the District and Division embracing the Alabama State Court in which this civil action was originally filed and is currently pending.

3. Pursuant to 28 U.S.C. § 1446, Buckalew has timely filed this Notice of Removal within thirty days of receipt of the State Court Complaint setting forth the claims for relief upon which Plaintiff's action is based. Buckalew was served with a copy of the summons and complaint on September 18, 2023. (*See* Ex. A)

4. Buckalew is serving a copy of this Notice of Removal on Plaintiff contemporaneously with this filing, and a copy will promptly be filed with the Clerk of the Circuit Court of Baldwin County, Alabama as required by 28 U.S.C. § 1446(d).

## II.     THE COURT HAS DIVERSITY JURISDICTION

**A.     The Parties**

5. Joseph Craig is an adult citizen of Baldwin County, Alabama.

6. Kurtis Bray is an adult citizen of King County, Washington.[1]

7. Lynnwood Buckalew is an adult citizen of Forrest County, Mississippi.

8. "In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1).

---

[1] Bray has not been served with the State Court Complaint.

**B.     The Amount in Controversy**

9.      The nature of this case concerns alleged fraud against Defendant concerning an alleged agreement for Silvaris Corporation to release certain customers' business to Plaintiff which business far exceeds the value of $75,000.  The amount in controversy requirement is satisfied when "the jurisdictional amount is either stated clearly on the face of the documents before the court, or readily deducible from them."  *Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1211 (11th Cir. 2007).  The State Court Complaint, including the exhibits attached by Plaintiff thereto, clearly demonstrates the value of the case exceeds the $75,000 threshold.

### III.     CONCLUSION

WHEREFORE, Lynnwood Buckalew, hereby removes this civil action to the United States District Court for the Southern District of Alabama, Mobile Division, the District Court of the United States for the District and Division embracing the Alabama State Court in which this civil action was originally filed. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

Respectfully submitted, this the 18th day of October, 2023.

> *s/Kyle T. Smith*
> Kyle T. Smith (ASB-6752-I72K)
> Alyse N. Windsor (ASB-8902-V72C)
> Dentons Sirote PC
>
> *Counsel for Lynnwood Buckalew*

**OF COUNSEL:**
Dentons Sirote PC
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 212-3838
kyle.smith@dentons.com
alyse.windsor@dentons.com

Michael A. Heilman (pro hac vice to be filed)
Heilman Nisbett Polk, PA
Meadowbrook Office Park
4266 I-55 North, Suite 106
Jackson, Mississippi 39211
Telephone: (601) 914-1025
Facsimile: (601) 944-2915
mheilman@hnplawyers.com

## CERTIFICATE OF SERVICE

I certify that on October 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system. I certify that I sent a true and correct copy of the foregoing via EMAIL and U.S. Mail, postage prepaid to the following counsel of record:

George R. Irvine, III
Finley B. Reeves
Stone Crosby, P.C.
8820 U.S. Highway 90
Daphne, Alabama 36526
girvine@stonecrosby.com
freeves@stonecrosby.com

*s/ Kyle T. Smith*
Dentons Sirote PC