# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH CRAIG,  Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:23-00393-N ) |
| KURTIS BRAY, *et al.*,  Defendants. | ) ) ) |

## ORDER

This action is before the Court on a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by Plaintiff Joseph Craig on November 3, 2023. (Doc. 9). With no defendant having yet served an answer or motion for summary judgment, this civil action was dismissed upon the filing of said notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam) ("It is well established that Rule 41(a)(1)[] grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment. The dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." (internal citations omitted)). As such, Defendant Lynnwood Buckelew's pending motion to dismiss (Doc. 6) is **MOOT**, and the Clerk is **DIRECTED** to terminate all outstanding deadlines and administratively close this action.

**DONE** this the 6th day of November 2023.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**